UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL MARIE WEED,<br><br>             Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO. 3:17-CV-05712-DWC<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE PROOF OF SERVICE |

Plaintiff Carol Marie Weed initiated this Social Security action on September 6, 2017. Dkt. 1. Summonses were electronically issued on September 8, 2017. Dkt. 5. On November 13, 2017, Defendant filed the Administrative Record-Answer. Dkt. 7. Plaintiff, however, failed to provide the Court with proof of service. Pursuant to Federal Rule of Civil Procedure 4(*l*)(1), "proof of service must be made to the court. . . . [P]roof must be by the server's affidavit." The Court orders Plaintiff to comply with Rule 4(*l*)(1) and provide proof of service of the Complaint to the Court on or before November 27, 2017. Plaintiff's counsel may file a declaration showing service was perfected.

Dated this 20th day of November, 2017.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge